United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scotland B. Moore, Jr.  
Angeline M. Moore  
    Debtors

Case No. 14-15550-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jan 17, 2018  
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
13377221      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096  
              (address filed with court:   Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,  
        PO Box 630267,   Irving, TX 75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:  
        CAROL B. MCCULLOUGH   on behalf of Joint Debtor Angeline M. Moore mcculloughheisenberg@gmail.com,  
      G25217@notify.cincompass.com  
        CAROL B. MCCULLOUGH   on behalf of Debtor Scotland B. Moore, Jr. mcculloughheisenberg@gmail.com,  
      G25217@notify.cincompass.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,  
      bkecf@milsteadlaw.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                              TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-15550-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Scotland B. Moore, Jr.<br>4443 Somerton Road<br>Trevose PA 19053 | Angeline M. Moore<br>4443 Somerton Road<br>Trevose PA 19053 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 630267, Irving, TX 75063 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/19/18

Tim McGrath
**CLERK OF THE COURT**