United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-15550-elf
Scotland B. Moore, Jr.                                                      Chapter 13
Angeline M. Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 2          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db/jdb      +Scotland B. Moore, Jr.,   Angeline M. Moore,   4443 Somerton Road,   Trevose, PA 19053-6728
cr          +Specialized Loan Servicing,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
cr          +Specialized Loan Servicing LLC,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
13372040     ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
13349577     Eos Cca,   Po Box 439,   Norwell, MA  02061-0439
13407747    +McCullough Eisenberg, LLC.,   65 West Street Road,   Suite A-204,   Warminster, PA 18974-3229
13377221    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
             PO Box 630267,   Irving, TX 75063)
13349581    +Nationstar Mortgage,   C/O Shapiro & DeNardo,   3600 Horizon Drive,
             King Of Prussia, PA 19406-4702
13349583    +Social Secuirty Administration,   Office Of Disability And Adjudication,
             8380 Old York Road, Suite 250,   Elkins Park, PA 19027-1540
14040144    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:18      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:18
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 04:00:37      Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13349576    +E-mail/Text: EBNProcessing@afni.com Sep 18 2019 03:49:38      Afni, Inc.,   P O Box 3427,
             Bloomington, IL 61702-3427
13390781     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:58:45
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
14344354     E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2019 03:50:50
             Federal Home Loan Mortgage Corporation,   c/o Select Portfolio Servicing, Inc.,
             P.O. Box 65250,   Salt Lake City, UT 84165-0250
13349578    +E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 03:48:36      IRS,   600 Arch Street,
             Phildelphia, PA 19106-1611
13411398     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:43      Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
13368327     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:59:39
             LVNV Funding, LLC its successors and assigns as,   assignee of IDT Carmel, Inc,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13349579    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28      Midland Funding,
             8875 Aero Drive,   San Diego, CA 92123-2255
13349580    +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:47:05      National Auto Finance Co.,
             Po Box 78234,   Phoenix, AZ 85062-8234
13354555     E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:47:05
             National Auto Finance Company serviced by Ally Ser,   PO Box 130424,
             Roseville, MN 55113-0004
13360052     E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:51
             Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,   PO Box 788,
             Kirkland, WA  98083-0788
13446110     E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:59:31
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13371867     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 18 2019 03:58:32      Regional Acceptance Corporation,
             PO Box 1847,   Wilson, NC 27894-1847
13349582    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 18 2019 03:58:32      Regional Acceptance Corporation,
             Po Box 830913,   Birmingham, AL 35283-0913
13349584    +E-mail/Text: bnc@alltran.com Sep 18 2019 03:48:27      Target Card Services,
             C/O United Recovery Systems,   P.O. Box 722929,   Houston, TX 77272-2929
13349585    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:47:00
             Verizon,   500 Technology Drive,   Weldon Spring, MO 63304-2225
                                                                              TOTAL: 19
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13349575     14-15550
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW          Total Noticed: 29

cr*         +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 425,   Dallas, TX 75254-8067
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
          ANDREW M. LUBIN   on behalf of Creditor    Federal Home Loan Mortgage Corporation
            alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
          ANDREW M. LUBIN   on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
            the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
            alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
          CAROL B. MCCULLOUGH   on behalf of Joint Debtor Angeline M. Moore mccullougheisenberg@gmail.com,
            cbmccullough64@gmail.com
          CAROL B. MCCULLOUGH   on behalf of Debtor Scotland B. Moore, Jr. mccullougheisenberg@gmail.com,
            cbmccullough64@gmail.com
          DENISE ELIZABETH CARLON   on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 11
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Scotland B. Moore, Jr. and Angeline
M. Moore

               Debtor(s)                          Bankruptcy No: 14−15550−elf

                                                     Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

                                                  For The Court
                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 9/17/19