United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-15550-elf
Scotland B. Moore, Jr.                                            Chapter 13
Angeline M. Moore
        Debtors

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 | Date Rcvd: Oct 18, 2019 |
| | Form ID: 3180W | Total Noticed: 14 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db/jdb        +Scotland B. Moore, Jr.,   Angeline M. Moore,   4443 Somerton Road,   Trevose, PA 19053-6728
13407747      +McCullough Eisenberg, LLC.,   65 West Street Road,   Suite A-204,   Warminster, PA 18974-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:48      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:47
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13390781      EDI: AIS.COM Oct 19 2019 07:28:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
13372040      EDI: ECMC.COM Oct 19 2019 07:28:00      ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
14344354      E-mail/Text: jennifer.chacon@spservicing.com Oct 19 2019 03:47:20
               Federal Home Loan Mortgage Corporation,   c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,   Salt Lake City, UT 84165-0250
13349578     +EDI: IRS.COM Oct 19 2019 07:28:00      IRS,   600 Arch Street,   Philadelphia, PA 19106-1611
13411398      EDI: JEFFERSONCAP.COM Oct 19 2019 07:28:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
13368327      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2019 03:52:48
               LVNV Funding, LLC its successors and assigns as,   assignee of IDT Carmel, Inc,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13354555      EDI: GMACFS.COM Oct 19 2019 07:28:00      National Auto Finance Company serviced by Ally Ser,
               PO Box 130424,   Roseville, MN 55113-0004
13360052      EDI: Q3G.COM Oct 19 2019 07:28:00      Quantum3 Group LLC as agent for,
               Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA  98083-0788
13371867      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 19 2019 03:53:13      Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
                                                                                       TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
           ANDREW M. LUBIN    on behalf of Creditor   Federal Home Loan Mortgage Corporation
            alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
           ANDREW M. LUBIN    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for
            the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
            alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
           CAROL B. MCCULLOUGH   on behalf of Joint Debtor Angeline M. Moore mcculloughheisenberg@gmail.com,
            cbmccullough64@gmail.com
           CAROL B. MCCULLOUGH   on behalf of Debtor Scotland B. Moore, Jr. mcculloughheisenberg@gmail.com,
            cbmccullough64@gmail.com
           DENISE ELIZABETH CARLON   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
           DENISE ELIZABETH CARLON   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
           MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
           REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scotland B. Moore Jr.** | Social Security number or ITIN **xxx–xx–4685** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angeline M. Moore** | Social Security number or ITIN **xxx–xx–2717** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **14–15550–elf**

# Order of Discharge                                                   **12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scotland B. Moore Jr.                      Angeline M. Moore

10/17/19                    **By the court:**      Eric L. Frank
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W               **Chapter 13 Discharge**                    page 2